E-FILED
Monday, 11 April, 2016  01:58:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LOUIS WOZNIAK, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2015-CV-2275 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, ILESANMI ADESIDA, MICHAEL HOGAN, ROBERT EASTER, LAURA CLOWER, BARBARA WILSON, CHRISTOPHER KENNEDY, PHYLLIS WISE, MATTHEW FINKIN, and ERIC JOHNSON, | ) |
| Defendants. | ) |

### SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS AND MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

NOW COMES Plaintiff, LOUIS WOZNIAK, by his attorneys, Michael J. Tague and Flynn, Palmer, Tague & Jacobson, for his Second Motion for Extension of Time to File Response to Motion to Dismiss and Memorandum in Opposition to Motion to Dismiss, states as follows:

1. Plaintiff's lead counsel, Michael J. Tague, had been experiencing significant gastro-intestinal symptoms since the beginning of 2016 which were thought likely to be a form of irritable bowel syndrome or diverticulitis.

2. On April 4, 2016, Plaintiff's counsel, Michael J. Tague, was diagnosed with a malignant tumor in the rectum.

3.     Counsel for Plaintiff had anticipated that he could complete the drafting and preparation of the requisite filings of Plaintiff's Response to the Motion to Dismiss and supporting Memorandum the week of April 4, but numerous medical appointments and diagnostics tests have been scheduled and conducted which has left insufficient time for Plaintiff's counsel to complete the necessary filings by the current deadline.

4.     Plaintiff and Plaintiff's counsel request an additional extension of time for 30 days for Plaintiff to secure new lead counsel or co-lead counsel and to allow new lead counsel or co-lead counsel to properly prepare the proper filings in Response to the Defendants' comprehensive Motion to Dismiss.

5.     Plaintiff's counsel has discussed the request with William Brinkmann who expressed no objection to the request.

> LOUIS WOZNIAK, Plaintiff,
>
> BY:   FLYNN, PALMER, TAGUE & JACOBSON,
>
> By:   s/ Michael J. Tague

Michael J. Tague
FLYNN, PALMER, TAGUE & JACOBSON
402 West Church Street
Champaign, IL  61820
Telephone:   217-352-5181
Fax:         217-352-7964
Email:       fpt5law@aol.com

2

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he did on the 11th day of April, 2016, at or about the hour of 5:00 p.m., email to and deposit in the U. S. mail at the U. S. Post Office in Champaign, Illinois, an envelope addressed to:

William J. Brinkmann  
Thomas, Mamer & Haughey, LLP  
P. O. Box 560  
Champaign, IL  61824-0560  
email:  wjbrinkm@tmh-law.com

bearing postage fully prepaying the same and also bearing the return address of Flynn, Palmer, Tague & Jacobson, 402 West Church Street, Champaign, IL 61821, which such envelope contained a copy of the foregoing Second Motion for Extension of Time to File Response to Motion to Dismiss and Memorandum in Opposition to Motion to Dismiss.

                                    s/ Michael J. Tague

Michael J. Tague  
FLYNN, PALMER, TAGUE & JACOBSON  
402 West Church Street  
Champaign, IL  61820  
Telephone:     217-352-5181  
Fax:               217-352-7964  
Email:            fpt5law@aol.com