IN THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LOUIS WOZNIAK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number: 15-cv-2275 |
| | ) |
| ILESANMI ADESIDA, MICHAEL HOGAN, | ) |
| ROBERT EASTER, LAURA CLOWER, | ) |
| BARBARA WILSON, CHRISTOPHER | ) |
| KENNEDY, PHYLLIS WISE, MATTHEW | ) |
| FINKIN and ERIC JOHNSON, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S RESPONSE TO DEFENDAN'S MOTION TO STRIKE PLAINTIFF'S SUMMARY JUDGMENT RESPONSE

NOW COMES Plaintiff LOUIS WOZNIAK in response to defendants, ILESANMI ADESIDA, MICHAEL HOGAN, ROBERT EASTER, LAURA CLOWER, BARBARA WILSON, CHRISTOPHER KENNEDY, PHYLLIS WISE, MATTHEW FINKIN, and ERIC JOHNSON, MOTION TO STRIKE PLAINTIFF'S SUMMARY JUDGEMENT RESPONSE("MOTION") by and through his attorney, Stuart D. Polizzi, pursuant to Fed. R. Civ. P. 56, and Local Rule 7.1(D), and states as follows:

1. Defendants filed a Motion for Summary Judgement on May 31, 2018.

2. Plaintiff filed a Response to Defendants' Motion for Summary Judgment ("Response") on June 22, 2018 after filing an agreed upon motion requesting a single day extension to file his oversized response.

3. Defendants filed a Motion to Strike Plaintiff's Response on June 26, 2018.

4. Defendants' Motion to Strike seeks to strike Plaintiff's Response for failing to respond

to fact asserted within Defendants' Summary Judgment Motion.

5. Plaintiff does not dispute the facts or materiality of the facts raised by Defendants in their Motion.

6. Pursuant to Local Rule 7.1(D)(2)(6) a failure to respond to any numbered fact will be deemed an admission of the fact.

7. Pursuant to Local Rule 7.1(D)(2)(5), Plaintiff also is allowed to raise additional material facts in his Response and has done so in his Response.

8. Local Rule 7.1(D)(2)(5) specifically provides:

> Additional Material Facts: List and number each additional material fact raised in opposition to the motion for summary judgment. Each additional fact must be supported by evidentiary documentation referenced by specific page.

9. Consistent with Local Rule 7.1(D)(2)(5), Plaintiff has raised numerous additional material facts in his Response and has cited these facts to the record.

10. The vast majority of the facts referenced in Plaintiff's Response derive from exhibits used at deposition of the various Defendants in the matter as well as the deposition of Christopher Wilson.  These are the very same exhibits used by Defendants to support their Motion and are already in the court's record.

11. In addition, Plaintiff has cited to two FOIA exhibits, both produced to Defendants during the course of discovery.

12. Plaintiff also has included a notarized affidavit of Plaintiff Louis Wozniak similar to the affidavit presented by Defendant Clower that was attached to Defendant's Motion.

13. Because material facts are at issue regarding Plaintiff's Complaint as detailed within Plaintiff's Response, the Court should deny Defendants' Motion to Strike Plaintiff's Response to Defendants' Summary Judgment Motion and their attempt to gain summary judgment without the court's review of the parties' summary judgment

submissions.

For the foregoing reasons, Defendants' Motion to Strike Plaintiff's Summary Judgment Response must be denied.

        STUART D. POLIZZI

        <u>/S/ Stuart D. Polizzi</u>
        2442 Waupaca Ct.
        Naperville, IL 60564
        PH: (708) 476-6852

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018, I caused the foregoing **RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUMMARY JUDGEMENT RESONSE** to the filed with the Clerk of the Court using the Court's CM/ECF filing system, which will send notification to the following counsel of record:

>William S. Brinkmann
>Thomas, Mamer & Haughey, LLP
>30 E. Main'
>Champaign, IL 61824-0560
>wjbrinkkm@tmh-law.com
>
>**/s/ Stuart D. Polizzi**